UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00430

**Vernard Brown, Jr.,**
*Plaintiff,*

v.

**Michael Unit Mailroom Supervisor,**
*Defendant.*

# ORDER

Plaintiff Vernard Brown, Jr., proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On October 11, 2023, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed, with prejudice, for the failure to state a claim upon which relief may be granted. Doc. 32. A copy of this report was sent to plaintiff at his last-known address. The docket reflects that plaintiff received a copy of the report on October 18, 2023. Doc. 33. To date, however, plaintiff has not filed objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed, with prejudice, for the failure to state a claim upon which relief may be granted. All motions pending in this civil action are denied.

*So ordered by the court on February 29, 2024.*

J. CAMPBELL BARKER
United States District Judge